UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ELVA TERESA SELVESTER, | Case No. 2:20-cv-01536-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Before the Court is Defendant's Notice Regarding Production of Certified Administrative Record. ECF No. 13. Defendant states that an electronic copy of the certified administrative record (the "e-CAR") has been prepared and can be filed in this matter. *Id*. at 2. However, because the Social Security Administration's Office of Appellate Operations (the "OAO") is not operating at full capacity, Defendant is unable to provide a CD and hard copies of the e-CAR to Plaintiff and the Court. *Id*. Defendant therefore requests that he be relieved of the requirement of preparing a CD and hard copies of the e-CAR, and instead be allowed to file the e-CAR under seal on CM/ECF, providing all case participants with access to the e-CAR. *Id*.

Based on these representations,

IT IS HEREBY ORDERED that Defendant shall file the e-CAR under seal on CM/ECF.

IT IS FURTHER ORDERED that the sealed e-Car shall be accessible on CM/ECF to Defendant, Plaintiff, and the Court.

IT IS FURTHER ORDERED that Defendant is relieved of his obligations to provide a CD and hard copies of the e-CAR to Plaintiff and the Court.

DATED THIS 28th day of December, 2020.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE